AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF TEXAS

U.S. MAGISTRATE COURT
DS - SDTX
FILED
JAN 25 2010
CLERK OF COURT
LAREDO DIVISION

UNITED STATES OF AMERICA
v.
Michael Alrick LONEY (48)
St. Elizabeth, Kingston, Jamaica

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: L-10-MJ-167

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 23, 2010** in **Webb** county, in the **SOUTHERN** District of **TEXAS** defendant(s) did, (Track Statutory Language of Offense)

an alien, a citizen of Jamaica did attempt to re-enter the United States from the Republic of Mexico after having been previously removed on or about October 26, 2007, and not having secured prior consent, permission or parole from the Attorney General (prior to March 1, 2003) and Secretary of the Department of Homeland Security (on March 1, 2003 and there after) to enter or attempt to re-enter the United States.

in violation of Title **8 & 6** United States Code, Section(s) **1326 & 202 557**.

I further state that I am a(n) **CBP Enforcement Officer** and that this complaint is based on the following facts:
Official Title

On or about January 23, 2010, the defendant, a citizen and national of Jamaica, applied for admission into the United States from Mexico at POE#2 by presenting a Counterfeit Certificate of Canadian Citizenship bearing his photograph and the name of Aldeen Floyd Otar. Defendant claimed to be such person, a bonafide Canadian Citizen. Primary inspection was conducted by CBP Officer Jose Casas, and secondary inspection was conducted by CBP Officers Yolanda Gonzalez and Karla De Leon. During inspections, CBP records revealed that the defendant had been previously removed from the United States to Jamaica on or about October 26, 2007. Records indicate that the defendant has not applied for or received prior permission or parole from the Attorney General or Secretary of Homeland Security to apply for re-entry into the United States. Facts are based on records of Customs and Border Protection. The defendant was paroled to the United States and an Immigration Hold has been placed

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☑ No

Signature of Complainant
Rita Palacios, CBP Enforcement Officer

Sworn to before me and subscribed in my presence,

01/25/2010
Date

at Laredo, Texas
City and State

Diana Saldana, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer