United States District Court
Southern District of Texas
FILED

FEB 17 2010

CLERK OF COURT
LAREDO DIVISION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO. |
| MICHAEL ALRICK LONEY | § § | L-10-0318 |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about January 23, 2010, in the Southern District of Texas and within the jurisdiction of the Court, **Defendant,**

**MICHAEL ALRICK LONEY,**

an alien who had previously been denied admission, excluded, deported, and removed, and has departed the United States while an order of exclusion, deportation and removal is outstanding, attempted to enter the United States, having not obtained the consent of the Attorney General of the United States to reapply for admission into the United States prior to March 1, 2003 and having not obtained consent from the Secretary of the Department of Homeland Security to reapply for admission into the United States on or after March 1, 2003.

In violation of Title 8, United States Code, Section 1326.

A TRUE BILL:
**ORIGINAL SIGNATURE
ON FILE**

JOSÉ ANGEL MORENO
UNITED STATES ATTORNEY

SUNTREASE WILLIAMS
Assistant United States Attorney

L-10-0318

| LAREDO DIVISION | CRIMINAL DOCKET | NO. _____ |
|---|---|---|

FILE: 10-01401    10-MJ-00167
__INDICTMENT__    Filed: FEB 1 7 2010    Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA    JOSÉ ANGEL MORENO, USA
VS.                          SUNTREASE WILLIAMS, AUSA

MICHAEL ALRICK LONEY

Appt'd | Private

GPK

**CHARGE:**
**(TOTAL COUNTS:)**
**( 1 )**    Ct. 1:  Illegal entry after deportation  [8 USC 1326]

**PENALTY:**    8 USC 1326:  0 to 20 Yrs. and/or $250,000.00, $100 Spec Assessment
                             NOT MORE THAN 3 YRS TERM OF SUPERVISED RELEASE

In Jail:                              NAME & ADDRESS
On Bond:                              of Surety:
No Arrest:

**PROCEEDINGS:**